JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRIS A. BELTON, | No. 2:19-cv-03994-MWF (JDE) |
| Petitioner, | ORDER: (1) ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE; AND (2) TRANSFERRING THE ACTION TO THE DISTRICT OF ALASKA |
| v. | |
| WARDEN MILUSNIC, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Motion to Dismiss the Petition (Dkt. 5), the Report and Recommendation of the United States Magistrate Judge (Dkt. 13), and the other relevant pleadings. No party has filed any objections to the Report and Recommendation within the time allotted or sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss the Petition (Dkt. 5) is GRANTED in part as follows:

(a) the Petition is recharacterized as a Motion pursuant to 28 U.S.C. § 2255; and

| | (b) | so recharacterized, the action is transferred to the United States District Court for the District of Alaska. The Clerk shall effect such transfer and notify Petitioner. |

Dated: December 19, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge